IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| *ex rel.* | ) | |
| TODD WILSON AND PEGGY LEMLEY, | ) | C16-0049-EJM |
| and THE STATE OF IOWA *ex rel.*, | ) | |
| | ) | |
| Plaintiffs, | ) | **FILED UNDER SEAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| AARON BLASS, LEANNE SOU, and | ) | |
| LIFEPOINT DENTAL GROUP, LLC, | ) | |
| d/b/a LIFEPOINT DENTAL PARTNERS | ) | |
| | ) | |
| Defendants. | ) | |

**UNITED STATES' NOTICE OF ELECTION TO
INTERVENE AGAINST ALL DEFENDANTS**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States

notifies the Court of its election to intervene in this action for settlement purposes against

defendants Aaron Blass; Leanne Sou; and Lifepoint Dental Group, LLC, d/b/a Lifepoint Dental

Partners.  With this notice, the United States is also filing a joint notice of voluntary dismissal,

together with the relator, and an accompanying proposed order dismissing this action and

providing for the partial lifting of the seal.

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By: */s/ Jacob A. Schunk*

JACOB A. SCHUNK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Jacob.Schunk@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2016, I
filed the foregoing with the Clerk of the
Court.
I hereby certify that a copy of this document
was served on the parties or attorneys of
record shown below by U.S. Mail.

UNITED STATES ATTORNEY
BY:  */s/ D. Nash*

Copies to:
Adam D. Zenor, Esq.,
Melissa C. Hasso, Esq,
C. Rod Reynolds, Esq.

2