IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* TODD WILSON AND PEGGY LEMLEY, and THE STATE OF IOWA *ex rel.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>AARON BLASS, LEANNE SOU, and LIFEPOINT DENTAL GROUP, LLC, d/b/a LIFEPOINT DENTAL PARTNERS<br><br>　　　　Defendants. | C16-0049-EJM<br><br>**FILED UNDER SEAL** |

## JOINT NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION

The United States, the State of Iowa, and Relators Todd Wilson and Peggy Lemley seek dismissal of this action pursuant to Rule 41(a) of the Federal rules of Procedure and 31 U.S.C. § 3730(b)(1) and in accordance with the terms of their settlement agreement entered into with the defendant entity and its owners. The United States and the State of Iowa seek dismissal without prejudice of this action as to all defendants. The relators request dismissal with prejudice as to their claims, with the exception of any claims they may have against defendants for wrongful termination of employment or any similar claim under state or federal statutory or common law, which they request be dismissed without prejudice;

In addition, the parties jointly request that only the Complaint, the United States' Notice of Election to Intervene, this Notice, and the accompanying Order be unsealed. All other contents of the Court's file in this matter (including, but not limited to, any applications filed by

the United States for an extension of the sixty-day investigative period) should remain under seal and not be made public.

A proposed order accompanies this notice.

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

Dated: 12/2/16    By: _____
JACOB A. SCHUNK
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
Tel: (319) 363-6333
Fax: (319) 363-1990
Jacob.Schunk@usdoj.gov

Dated: 12/2/2016    By: _____
C. ROD REYNOLDS
Assistant Attorney General
State of Iowa

Dated: 11-10-16    _____
ADAM D. ZENOR
Grefe & Sidney, PLC
Attorneys for Relator
500 E. Court Ave., Ste. 200
Des Moines, IA 50309
Tel: (515) 245-4300
Fax: (515)
azenor@grefesidey.com

2

Dated: 11/11/2016

[signature]

MELISSA C. HASSO
Sherinian & Hasso Law Firm
Attorneys for Relator
3737 Woodland Avenue
Colony Park Bldg., Ste. 630
West Des Moines, IA 50266
Tel: (515) 224-2079
Fax: (515)
mhasso@sherinianlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on ~~November~~ December 2, 2016, I filed the foregoing with the Clerk of the Court. I hereby certify that a copy of this document was served on the parties or attorneys of record shown below by U.S. Mail.

UNITED STATES ATTORNEY
BY: [signature] A. Nash

Copies to:
Adam D. Zenor, Esq.,
Melissa C. Hasso, Esq,
C. Rod Reynods, Esq.

3