IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.*, TODD WILSON and PEGGY LEMLEY, and THE STATE OF IOWA *ex rel.*, | ) ) ) ) | C16-0049-EJM |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| AARON BLASS, LEANNE SOU, and LIFEPOINT DENTAL GROUP, LLC d/b/a LIFEPOINT DENTAL PARTNERS, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING VOLUNTARY DISMISSAL AND PARTIALLY LIFTING SEAL

Upon consideration of the Joint Notice of Voluntary Dismissal of this action, filed by the United States and the Relators, pursuant to 31 U.S.C. §§ 3730(b)(1), and for good cause shown,

**IT IS HEREBY ORDERED** that this matter is dismissed without prejudice as to any claims of the United States and the State of Iowa;

**IT IS FURTHER ORDERED** that this matter is dismissed with prejudice as to all claims of the relators except for any claims relators may have against defendants for wrongful termination of employment or any similar claim under state or federal statutory or common law, which are dismissed without prejudice;

**IT IS FURTHER ORDERED** that the seal shall be partially lifted, only as to the Complaint, the Amended Complaint, the United States' Notice of Election to Intervene, the Joint Notice of Voluntary Dismissal of this Action, and this Order. All other filings shall remain under seal unless otherwise ordered by the Court.

**IT IS SO ORDERED.**

Dated this 5 day of December, 2016

EDWARD J. MCMANUS, JUDGE
UNITED STATES DISTRICT COURT